946

No. 599, Misc. GODWIN *v.* SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 605, Misc. FIAMENGO ET AL. *v.* THE SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. *David A. Fall* for petitioners. *Arch E. Ekdale* for respondents.

No. 611, Misc. BURCH *v.* KIEREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 616, Misc. CARTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 621, Misc. RODDA *v.* RODDA. Supreme Court of Oregon. Certiorari denied.

No. 623, Misc. ADAMS *v.* HIATT, WARDEN. C. A. 3d Cir. Certiorari denied. *Wm. H. Ramsey* for petitioner.

No. 626, Misc. HOWELL *v.* UNITED STATES. C. A. 8th and 10th Circuits. Certiorari denied.

No. 627, Misc. LOPER *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 628, Misc. REEVES *v.* GEORGIA. Court of Appeals of Georgia. Certiorari denied. *W. A. Bootle* for petitioner. *Eugene Cook,* Attorney General of Georgia, *Claude Shaw,* Deputy Assistant Attorney General, and *J. R. Parham,* Assistant Attorney General, for respondent.